SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**FILED**

**March 30, 2026**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

UNITED STATES OF AMERICA

v.

LONTRELL WILLIAMS JR. (01)
LONTRELL WILLIAMS SR. (02)
RODNEY WRIGHT JR. (03)
DEMARCUS GLOVER (04)
DARRION MCDANIEL (05)
TERRANCE RODGERS (06)
KORDAE JOHNSON (07)
KEDARIUS WATERS (08)
DAMARIAN GIPSON (09)

NO. 3:26-MJ-328-BK

## MOTION FOR DETENTION AND
## MOTION TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendants, **Lontrell Williams**

**Jr., Lontrell Williams Sr., Rodney Wright, Jr., Demarcus Glover, Darrion**

**McDaniel, Terrance Rodgers, Kordae Johnson, Kedarius Waters,** and **Damarian**

**Gipson**, pursuant to 18 U.S.C. § 3142(e) and (f).

1.     Eligibility of Case.    This case is eligible for a detention order because the

case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156);

__X__ Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

__X__ Serious risk defendant will flee;

**Motion for Detention - Page 1**

_____ Serious risk obstruction of justice;

_____ Felony involving a minor victim;

__X__ Felony involving a firearm, destructive device, or any other

dangerous weapon; or

_____ Felony involving a failure to register (18 U.S.C. § 2250).

2.    Reason for Detention:  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required;

__X__ Safety of any other person and the community

3.    Rebuttable Presumption:  The United States will invoke the rebuttable presumption against defendant because (check all that apply):

_____ Probable cause to believe defendant committed 10+ year drug

offense or firearms offense, 18 U.S.C. § 924(c);

_____ Probable cause to believe defendant committed a federal crime of

terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving

a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on

pretrial bond.

**Motion for Detention - Page 2**

4. <u>Time for Detention Hearing</u>:  The United States requests the Court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __3__ days (not more than 3).

**Motion for Detention - Page 3**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

_s/ Robert Withers_
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov

**Motion for Detention - Page 4**