IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

LONTRELL WILLIAMS JR. (01)
LONTRELL WILLIAMS SR. (02)
RODNEY WRIGHT JR. (03)
DEMARCUS GLOVER (04)
DARRION MCDANIEL (05)
TERRANCE RODGERS (06)
KORDAE JOHNSON (07)
KEDARIUS WATERS (08)
DAMARIAN GIPSON (09)

**Criminal No. 3:26-MJ-328-BK**

## <u>NOTICE OF ADDITION OF COUNSEL</u>

The United States Attorney for the Northern District of Texas respectfully advises the

Court, and all interested parties, that Assistant United States Attorney Claire E. Demers has

been assigned to assist the attorneys already representing the government in this matter.

Assistant United States Attorney Demers is not replacing or substituting for any of the

attorneys already listed as government's counsel.  The government respectfully requests that

the Clerk add Assistant United States Attorney Demers as counsel of record for the

government.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Claire E. Demers*
CLAIRE E. DEMERS
Assistant United States Attorney
Texas Bar Number 24132238
1100 Commerce Street, Third Floor

Dallas, Texas 75242
Telephone:  (214) 659-8600
Facsimile:  (214) 659-8805
Claire.Demers@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of April 2026, that this document was filed with

the Clerk of Court via the court's ECF System.


/s/ *Claire E. Demers*
CLAIRE E. DEMERS
Assistant United States Attorney