AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

FILED-USDC-NDTX-DA
'26 APR 13 PK3:52

KM

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**Lontrell Williams, Sr. (02)**<br><br>_____<br>_Defendant_ | ) ) ) ) ) ) ) | Case No.   3:26-MJ-328-BK |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Lontrell Williams, Sr. _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment    ❐ Superseding Indictment    ❐ Information    ❐ Superseding Information    ☑ Complaint

❐ Probation Violation Petition    ❐ Supervised Release Violation Petition    ❐ Violation Notice    ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §
1201(a) and (c)        Kidnapping; Conspiracy to commit kidnapping

Date:    03/30/2026 2:25 pm

_Issuing officer's signature_

City and state:    **Dallas, Texas** _____        RENÉE HARRIS TOLIVER, U.S. Magistrate Judge

### Return

ARRESTED WITHIN THE DISTRICT OF:
W/TN- Memphis

| This warrant was received on _(date)_ _____ | , and the person was arrested on _(date)_ _____ |
|---|---|
| at _(city and state)_ _____ . | BY:____ FBI |
| | ON:____ 4/1/26 |
| Date: _____ | SIGNED:____ _Arresting officer's signature_ |

_Printed name and title_

853646