IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA        §
                                §
VS.                             §          NO. 3:26-MJ-00328-BK-1
                                §
LONTRELL WILLIAMS, JR.          §

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE RENEE H. TOLIVER UNITED STATES MAGISTRATE JUDGE FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

COMES NOW, LONTRELL WILLIAMS, JR., Defendant in the above-entitled and numbered cause, and respectfully makes known to the Court that the Defendant desires to substitute Kent A. Schaffer, of 1001 McKinney Street, Suite 1600, Houston, Texas 77002, Dan Cogdell and J. Anthony Osso, of 712 Main Street, Suite 2400, Houston, Texas 77002, as his counsel in place of Bradford Cohen, of 1132 SW 3rd Avenue, Fort Lauderdale, Florida and Saam Zangeneh, of 14 NE 1st Avenue, Suite 300, Miami, Florida, in the above cause.

I.

This motion is not for the purpose of delay but in order that the record reflect Defendant's duly retained counsel of record and no injustice, prejudice, or obstruction of court procedure will be caused by the substitution.

WHEREFORE PREMISES CONSIDERED, the Defendant prays that this Honorable Court will grant this Motion and Order that Kent A. Schaffer, Dan Cogdell, and J. Anthony Osso be substituted for Bradford Cohen and Saam Zangeneh as Defendant's attorneys of record in the above-entitled and numbered cause.

Respectfully submitted,

*s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
Texas Bar No. 17724300
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
kentschaffer@gmail.com

*s/ Dan L. Cogdell*
Dan L. Cogdell
Texas Bar No. 04501500
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: 713-426-2244
dan@cogdell-law.com

*s/ J. Anthony Osso*
J. Anthony Osso
Texas Bar No.  24113427
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: 713-426-2244
janthonyosso@cogdell-law.com

Attorneys for Defendant,
LONTRELL WILLIAMS, JR.

APPROVED BY COUNSEL:

*s/ Bradford Cohen\**
Bradford Cohen
Florida Bar No. 118176
1132 SW 3rd Avenue
Fort Lauderdale, Florida 33316
lawronin@aol.com

*s/ Saam Zangeneh\**
Saam Zangeneh
Florida Bar No. 526721
14 NE 1st Avenue, Suite 300
Miami, Florida 33132
saam@zangenehlaw.com

***\*Signed With Permission***

2

3

## CERTIFICATE OF CONFERENCE

Counsel for defendant conferred with defense counsel, Brad Cohen, concerning his position on Defendant's Motion to Substitute Counsel. Mr. Cohen stated that he and Saam Zangeneh are unopposed.

*s/ Kent A. Schaffer*
KENT A. SCHAFFER

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing Motion with the clerk of the court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the motion on all counsel and/or parties of record.

*s/ Kent A. Schaffer*
KENT A. SCHAFFER